**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW MAHONEY** <br> **REG # 42236-424** | | **PETITIONER** |
| **v.** | **Case No. 2:16-cv-00044-KGB-BD** | |
| **C.V. RIVERA, Warden,** <br> **FCC-Forrest City** | | **RESPONDENT** |

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 17). After careful review of the Recommended Disposition, the timely objections (Dkt. No. 20), as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court denies with prejudice Petitioner Matthew Mahoney's petition for writ of habeas corpus (Dkt. No. 1). The Court also denies as moot the pending motion for hearing (Dkt. No. 13).

So ordered this 16th day of February, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge